

**SHEPS LAW GROUP**
*Attorneys at Law*

**25 High Street • Huntington, New York 11743**
ph: (631) 249-5600 • fax: (631) 249-5613

January 12, 2018

**VIA ECF**
Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:  The Phoenix Insurance Company v. Andrew Fabri & Jessica Cohen
        Docket No.: 17-cv-8749 (AT)
        Our file No.:   8033

Dear Honorable Madam:

The undersigned represents the plaintiffs The Phoenix Insurance Company, et. al. I am writing to apprise the Court that all parties <u>do not agree</u> to proceed before the Magistrate.

Thank you very much for your time and consideration in this respect.

             Very truly yours,

            **SHEPS LAW GROUP, P.C.**

              /s/
            ROBERT C. SHEPS

CC: <u>ECF</u>
Brian Lehman, Esq.
Lehman Law Group