January 18, 2018

Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

      Re:   *The Phoenix Insurance Company et al. v. Andrew Fabbri and Jessica Cohen*,
            No. 17 Civ. 8749 (AT) – Pre-Motion to Dismiss Letter

Judge Torres:

I am counsel for the defendants, Andrew Fabbri and Jessica Cohen, in the above-captioned case.

This morning, I told opposing counsel, Gregg E. Opell, that in light of the discussions at the initial conference yesterday, and the fact that he intends to amend the complaint by January 26, 2018, to include the factual basis for his claim, I would not pursue the motion to dismiss the forthcoming complaint. I also told him I would write to the Court so that it was clear that he did not need to respond to my letter of January 10, 2018.

                                                                                  Sincerely,

                                                         /s/ *Brian Lehman*
                                                                   Brian Lehman
                                                                  Lehman LG LLC
                                                     244 5th Ave., Suite B258
                                                         New York, NY 10001
                                                                 724-4LEHMAN
                                                                 724-453-4626

cc:  all counsel by CM/ECF

Case 1:17-cv-08749-AT Document 27 Filed 01/18/18 Page 1 of 1