

**25 High Street • Huntington, New York 11743**
ph: (631) 249-5600 • fax: (631) 249-5613

April 12, 2018

**VIA ECF**
Hon. Analisa Torres, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re: The Phoenix Insurance Company v. Andrew Fabri & Jessica Cohen
         Docket No.: 17-cv-8749 (AT)
         Our file No.:   8033

Dear Judge Torres:

The undersigned represents the plaintiff in the above referenced matter. I am writing the Court to ask for a conference or alternatively an order directing my adversary to provide discovery, namely its Rule 26 Disclosure.

The Court set May 17, 2018 as the factual discovery deadline with depositions to be complete by April 11, 2018. To date there have been no depositions due to the lack of discovery. My office wrote counsel on March 30, 2018 requesting discovery along with proposed deposition dates. However, I have not received a response.

In light of the foregoing, I believe the parties will need a conference before the Court or alternatively an order directing the Defendants to provide its Rule 26 Disclosures within 10 days and depositions to be completed 45 days thereafter.

Thank you for your time and attention to this matter.

                Respectfully Submitted,

                SHEPS LAW GROUP, P.C.
                */s/ Robert Sheps, Esq.*
                Robert C. Sheps, Esq.
                *Attorneys for Plaintiffs*
                25 High Street
                Huntington, New York 11743